MCGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
PAUL A. HEMASATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

KENNETH A. BLANCO
Acting Assistant Attorney General
Criminal Division, United States Justice Department
LOUISA K. MARION
Trial Attorney
Computer Crime and Intellectual Property Section
Washington, DC 20530
Telephone: (202) 514-1026

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CV-00283-MCE-KJN |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| ALL MONIES, FUNDS, AND CREDITS ON DEPOSIT AT LOYAL BANK LIMITED IN SAINT VINCENT AND THE GRENADINES, HELD IN THE NAMES OF ACE GUIDE HOLDINGS LIMITED AND/OR ALEXANDRE CAZES AKA ALEXANDER CAZES, INCLUDING BUT NOT LIMITED TO ACCOUNT 104013156705840, CUSTOMER ID: 90528529, | |
| ALL MONIES, FUNDS, AND CREDITS ON DEPOSIT AT SIAM COMMERCIAL BANK IN THAILAND, HELD IN THE NAME OF ALEXANDRE CAZES, INCLUDING BUT NOT LIMITED TO ACCOUNT 407-9-15834-7, | |
| CHECK IN THE AMOUNT OF $12,250.00, | |
| CHECK IN THE AMOUNT OF $65,000.00, and | |
| CHECK IN THE AMOUNT OF $51,910.00. | |
| Defendants. | |

1

The United States of America applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. Loyal Bank Limited account 104013156705840, Customer ID: 90528529 is located in Saint Vincent and the Grenadines. Siam Commercial Bank account 407-9-15834-7 is located in Thailand. The three checks in the amounts of $12,250.00; $65,000.00; and $51,910.00 were seized in the city of Sacramento, in Sacramento County, California, and are in the custody of the U.S. Marshals Service for the Eastern District of California.

4. The United States proposes that publication be made as follows:

   a. One publication;
   b. Thirty (30) consecutive days;
   c. On the official internet government forfeiture site www.forfeiture.gov;
   d. The publication is to include the following:
      (1) The Court and case number of the action;
      (2) The date of the seizure/posting;
      (3) The identity and/or description of the property seized/posted;
      (4) The name and address of the attorney for the United States;
      (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the United States no later than 60 days after the first day of publication on the official internet government forfeiture site; and
      (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the

filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated:   2/13/2019                                    McGREGOR W. SCOTT
                                                      United States Attorney

                                      By:     /s/ Kevin C. Khasigian
                                              KEVIN C. KHASIGIAN
                                              Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  February 20, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3