| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | GRANT B. RABENN<br>PAUL A. HEMASATH |
| 3 | KEVIN C. KHASIGIAN<br>Assistant U. S. Attorneys |
| 4 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 5 | Telephone: (916) 554-2700 |
| 6 | KENNETH A. BLANCO<br>Acting Assistant Attorney General |
| 7 | Criminal Division, United States Justice Department<br>LOUISA K. MARION |
| 8 | Trial Attorney<br>Computer Crime and Intellectual Property Section |
| 9 | Washington, DC 20530<br>Telephone: (202) 514-1026 |

**FILED**

FEB 22 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL MONIES, FUNDS, AND CREDITS ON DEPOSIT AT LOYAL BANK LIMITED IN SAINT VINCENT AND THE GRENADINES, HELD IN THE NAMES OF ACE GUIDE HOLDINGS LIMITED AND/OR ALEXANDRE CAZES AKA ALEXANDER CAZES, INCLUDING BUT NOT LIMITED TO ACCOUNT 104013156705840, CUSTOMER ID: 90528529,<br><br>ALL MONIES, FUNDS, AND CREDITS ON DEPOSIT AT SIAM COMMERCIAL BANK IN THAILAND, HELD IN THE NAME OF ALEXANDRE CAZES, INCLUDING BUT NOT LIMITED TO ACCOUNT 407-9-15834-7,<br><br>CHECK IN THE AMOUNT OF $12,250.00,<br><br>CHECK IN THE AMOUNT OF $65,000.00, and<br><br>CHECK IN THE AMOUNT OF $51,910.00.<br><br>Defendants. | 2:19-CV-00283-MCE-KJN<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

1

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on February 13, 2019, in the United States District Court for the Eastern District of California, alleging that the below listed defendant assets (hereafter "defendant assets") are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) for one or more violations of 18 U.S.C. § 1956(h); 18 U.S.C. § 981(a)(1)(C) for one or more violations of 18 U.S.C. §§ 1028, 1029, 1956, 1957, and 1962; and 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841, *et seq.*:

a. All Monies, Funds, and Credits on Deposit at Loyal Bank Limited In Saint Vincent And The Grenadines, Held In The Names Of Ace Guide Holdings Limited And/Or Alexandre Cazes aka Alexander Cazes, Including But Not Limited To Account 1040131567058 40, Customer ID: 90528529 ("the Defendant Loyal Bank Account");

b. All Monies, Funds, and Credits on Deposit at Siam Commercial Bank In Thailand, Held In The Name Of Alexandre Cazes, Including But Not Limited To Account 407-9-15834-7 ("the Defendant Siam Bank Account");

c. Check in the Amount of $12,250.00, ("the Defendant $12,250.00");

d. Check in the Amount of $65,000.00, ("the Defendant $65,000.00"); and

e. Check in the Amount of $51,910.00, ("the Defendant $51,910.00").

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Jennifer Sanchez, there is probable cause to believe that the defendant assets so described constitute property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) and (ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant assets.

Dated: 2/14/2019

CAROLYN K. DELANEY
United States Magistrate Judge