UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL MONIES, FUNDS, AND CREDITS ON DEPOSIT AT LOYAL BANK LIMITED IN SAINT VINCENT AND THE GRENADINES, HELD IN THE NAMES OF ACE GUIDE HOLDINGS LIMITED AND/OR ALEXANDRE CAZES AKA ALEXANDERCAZES, INCLUDING BUT NOT LIMITED TO ACCOUNT 104013156705840, CUSTOMER ID:90528529, et al.,<br><br>Defendants. | No. 2:19-CV-00283-MCE-KJN<br><br>ORDER |

On June 30, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 23. No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

///

1

1   The Court has reviewed the applicable legal standards and, good cause appearing,
2 concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.
3   Accordingly, IT IS HEREBY ORDERED that:
4   1. The Proposed Findings and Recommendations filed June 30, 2020 (ECF No. 23), are
5 ADOPTED in full.
6   2. Plaintiff's motion for default judgment (ECF No. 20) is GRANTED against Martin
7 Cazes, Danielle Heroux, Ace Guide Holdings Limited, Sunisa (Cazes) Thapsuwan, and the Estate
8 of Alexandre Cazes in the following defendant assets:
9       a. All Monies, Funds, and Credits on Deposit at Siam Commercial Bank in
10      Thailand, held in the name of Alexandre Cazes, including but not limited to
11      Account 407-9-15834-7;
12      b. Check in the amount of $12,250.00;
13      c. Check in the amount of $65,000.00; and
14      d. Check in the amount of $51,910.00.
15   3. Final judgment is entered, forfeiting all right, title, and interest in the above-listed
16 defendant assets to the United States, to be disposed of according to law and the authorities and
17 laws of Thailand.
18   4. The Clerk of the Court is directed to close the case.
19   IT IS SO ORDERED.
20 Dated:  August 11, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE